IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

REJEANER ECHISON,                  *

      Plaintiff,                *

                                    CASE NO. 4:12-CV-203 (CDL)

v.                            *

SUN HOLDINGS, LLC d/b/a GOLDEN   *
CORRAL RESTAURANT,

                                *

      Defendant.

                                *

ORDER GRANTING JOINT MOTION TO SUBSTITUTE
AND JOIN NECESSARY PARTY AND STIPULATION
OF DISMISSAL WITHOUT PREJUDICE

This matter comes before the Court on the Parties' Joint Motion to Substitute and Join Necessary Party and Stipulation of Dismissal without Prejudice.  The Court, having considered the Motion along with the other papers on file in this matter, is of the opinion that the Motion should be GRANTED.

The Court hereby substitutes TAG Corral, LLC for Sun Holdings, LLC as the named defendant and dismisses Sun Holdings, LLC from the above-referenced action WITHOUT PREJUDICE.

SO ORDERED this 20th day of August, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE